UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| JAIME RAFAEL BENITO RINCON, and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>GARDEN APARTMENTS, INC., and ALEXANDER ABEL DAOUD,<br><br>　　　　　　Defendants. | 16-CV-22918-Scola/Otazo-Reyes |

**SUMMONS IN A CIVIL ACTION**

To:
ALEXANDER ABEL DAOUD
1750 Michigan Ave.
Miami Beach, FL 33139

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　J.H. Zidell, Esq.
　　　　　　J.H. Zidell P.A.
　　　　300 71ST Street, Suite 605
　　　　Miami Beach, Florida 33141

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with th

**SUMMONS**

**July 6, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| JAIME RAFAEL BENITO RINCON, and all others similarly situated under 29 U.S.C. 216(b),<br><br>          Plaintiffs,<br>vs.<br><br>GARDEN APARTMENTS, INC., and ALEXANDER ABEL DAOUD,<br><br>          Defendants. | **16-CV-22918-Scola/Otazo-Reyes** |

**SUMMONS IN A CIVIL ACTION**

To:
GARDEN APARTMENTS, INC.
c/o Registered Agent, Arnold Daoud
1750 Michigan Ave.
Miami Beach, FL 33139

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      J.H. Zidell, Esq.
                      J.H. Zidell P.A.
                    300 71ST Street, Suite 605
                    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be enter the complaint. You also must file your answer or motion with the



**SUMMONS**

**July 6, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts